**Dismiss and Opinion Filed October 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-01188-CV**

**No. 05-15-01189-CV**

**IN RE ANDREW LEE JACKSON, Relator**

**Original Proceeding from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-9104916-IL, F-9202256-IL**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Whitehill
Opinion by Justice Whitehill

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to rule on his motion to appoint a forensic handwriting examiner. The Court has received a clerk's record that shows the trial court denied relator's motion on September 21, 2015. Accordingly, the petition for writ of mandamus is moot. *See In re Kellogg Brown & Root, Inc.,* 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ( "A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings."); *State Bar of Tex. v. Gomez,* 891 S.W.2d 243, 245 (Tex. 1994) (orig. proceeding) (stating that for controversy to be justiciable, there must be a real controversy between the parties that will be actually resolved by the judicial relief sought); *Dow Chem. Co. v. Garcia,* 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding) (court will not issue mandamus if it would be useless or unavailing).

We dismiss the petition for want of jurisdiction.

151188F.P05

/Bill Whitehill/
<div style="margin-left:2em">
BILL WHITEHILL<br>
JUSTICE
</div>